IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AUSTIN POWDER COMPANY, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 2:22-cv-1645-JLG |

**UNITED STATES OF AMERICA'S**
**NOTICE OF LODGING OF PROPOSED CONSENT DECREE**

Plaintiff United States of America by and through its undersigned attorneys, respectfully lodges the attached proposed Consent Decree with this Court.

1. Plaintiff United States of America filed a complaint in this matter against Austin Powder Company ("Defendant") pursuant to Clean Water Act (CWA) Sections 301(a) and 309(a), 33 U.S.C. §§ 1311(a) and 1319(a), for injunctive relief and civil penalties for violations at Defendant's Red Diamond Plant in McArthur, Ohio.

2. The parties have entered into a proposed Consent Decree, which has been signed by authorized representatives of the United States and Defendant.

3. The Court should not enter the attached proposed Consent Decree until the public has had an opportunity to comment and the United States has addressed those comments, if any.

4. In accordance with 28 C.F.R. § 50.7 (1996), following the lodging of the proposed Consent Decree, the United States Department of Justice will publish notice of the Consent Decree in the Federal Register to commence a 30-day comment period.

5. If the United States receives any public comments, it will consider and file with the Court any written comments on the proposed Consent Decree along with the United States' response to those comments.

6. The United States may withdraw or withhold its consent to the proposed Consent Decree if the comments disclose facts or considerations which indicate that the proposed Consent Decree is improper, inappropriate, inadequate, or not in the public interest.

7. At the conclusion of the public comment period, the United States will either: (1) notify the Court of its withdrawal of the proposed Consent Decree, or (2) respond to any comments received and move this Court to enter the proposed Consent Decree.

8. This commenting procedure is also identified and articulated in the proposed Consent Decree itself.  See Consent Decree, Paragraph No. 90.

Wherefore, the United States respectfully gives notice of the lodging of the proposed Consent Decree.

//

//

//

//

//

//

//

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice


  /s Jeffrey A. Spector      , Trial Attorney
JEFFREY A. SPECTOR
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC  20044-7611
(202) 514-4432

KENNETH L. PARKER
United States Attorney
Southern District of Ohio
MATTHEW HORWITZ
Civil Chief
Southern District of Ohio
221 E. Fourth Street, Suite 400
Cincinnati, OH  45202
(513) 684-6823

OF COUNSEL:

SUSAN PROUT
Associate Regional Counsel
EPA Region 5
77 West Jackson Blvd.
Chicago, IL  60604-3590
(312) 353-1029

GRACIELA GARCIA PENDLETON
Attorney-Advisor
U.S. Environmental Protection Agency
OECA – OCE – Water Enforcement Division
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460
(202) 564-2588

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing *United States of America's Notice of Lodging of Proposed Consent Decree* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. mail or email. Parties may access this filing through the Court's system.

|  |  |
|---|---|
|     3/16/22     |     s/ Jeffrey A. Spector     |
| Date | Jeffrey A. Spector |